# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| **Deborah Valencia,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| V. | ) Case No. 11-6006-CV-SJ-JTM |
| | ) |
| **Michael J. Astrue** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

On Wednesday, November 30, 2011, the Court heard oral argument on the *Plaintiff's Social Security Brief*, filed July 14, 2011 [Doc. 6] and the *Brief for Defendant*, filed August 26, 2011 [Doc. 7]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the November 30, 2011 oral argument, it is

**ORDERED** that the decision of the Commissioner is **AFFIRMED**.

                                         */s/ John T. Maughmer*
                                       **JOHN T. MAUGHMER**
                                       **U. S. MAGISTRATE JUDGE**